FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OMAR MONTES ZEPEDA,<br><br>        Petitioner,<br><br>    v.<br><br>P. L. VASQUEZ, WARDEN,<br><br>        Respondents. | No. CV 05-2999 JVS (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: _____6.17.08_____

                                        James V. Selna
                                        United States District Judge