UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| OMAR MONTES ZEPEDA, | ) | Case No. CV 05-2999-JVS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P.L. VASQUEZ, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 6.17.08

James V. Selna
United States District Judge